365 P.2d 457

**In the Matter of the Illegal Practice of Law by John H. GATELY.**

No. 7055.

Supreme Court of New Mexico.

Oct. 25, 1961.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that respondent's motion to dismiss the petition be and the same is hereby denied.

Ordered that respondent, John H. Gately, be and he is hereby adjudged guilty of contempt of this Court for the illegal practice of law as charged in Count 2 of the petition; and the Court, being of the opinion that the act constituting the illegal practice of law was technical in nature and not a deliberate act on the part of respondent, no penalty therefor is assessed, but the respondent, John H. Gately, is admonished against a repetition thereof.